# Exhibit A

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,761,385**

**Registered Sep. 9, 2003**

**United States Patent and Trademark Office**

## SERVICE MARK
## PRINCIPAL REGISTER

WE BUY
UGLY HOUSES.
HOMEVESTORS

HOMEVESTORS OF AMERICA, INC. (DELAWARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: FRANCHISING SERVICES, NAMELY, OFFERING TECHNICAL ASSISTANCE IN ESTABLISHING, OPERATING, MARKETING AND DEVELOPING FRANCHISED BUSINESSES THAT PURCHASE, FINANCE AND SELL RESIDENTIAL REAL ESTATE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

OWNER OF U.S. REG. NOS. 2,012,077, 2,689,569 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WE BUY UGLY HOUSES", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "WE BUY UGLY HOUSES." IN STYLIZED BLACK LETTERS. PLACED IMMEDIATELY BELOW THE WORDS IS AN ISOSCELES TRIANGLE OVERLAYING AND CENTERED BETWEEN TWO PARALLEL, RECTANGULAR COLUMNS ORIENTED VERTICALLY REPRESENTING THE CAPITAL LETTER "H" WITH A SMALL CIRCLE PLACED BELOW THE BASE OF THE TRIANGLE AND BETWEEN THE VERTICAL COLUMNS REPRESENTING A STYLIZED DOORKNOB, ALL SITUATED ON A RECTANGULAR SHADED BACKGROUND, FOLLOWED BY THE WORD "HOMEVESTORS" IN STYLIZED GREEN LETTERS, WITH THE ENTIRE MARK ALL SITUATED ON A YELLOW BACKGROUND, AND SUCH COLORS ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-453,610, FILED 9-30-2002.

ROBERT COGGINS, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,099,814**
**Registered June 6, 2006**

**United States Patent and Trademark Office**

## SERVICE MARK
### PRINCIPAL REGISTER

# WE BUY UGLY HOUSES

HOMEVESTORS OF AMERICA, INC. (DELAWARE CORPORATION)
10670 N. CENTRAL EXPRESSWAY
SUITE 700
DALLAS, TX 75231

FOR: REAL ESTATE SERVICES, NAMELY, REAL ESTATE BROKERAGE, AND PROVIDING MORTGAGE, TITLE AND HOME INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,689,569, 2,827,136 AND OTHERS.

SEC. 2(F).

SER. NO. 76-637,606, FILED 5-2-2005.

AISHA CLARKE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# #WEBUYUGLYHOUSES

**Reg. No. 5,297,521**

**Registered Sep. 26, 2017**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TX 75206

CLASS 35: Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

CLASS 36: Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale

FIRST USE 5-1-2016; IN COMMERCE 5-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-056,964, FILED 06-01-2016
DREW M SANDER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# WE BUY UGLY HOUSES

**Reg. No. 5,467,581**

**Registered May 15, 2018**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
Suite 400
6500 Greenville Avenue
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-586,753, FILED 08-28-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

WE BUY HOUSES, UGLY OR NOT

**Reg. No. 5,919,518**

**Registered Nov. 26, 2019**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 5467581, 2999705

SER. NO. 88-422,363, FILED 05-09-2019

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

WE BUY HOUSES, THE GOOD,
THE BAD AND THE UGLY

**Reg. No. 5,919,520**

**Registered Nov. 26, 2019**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate

FIRST USE 2-15-2019; IN COMMERCE 2-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 2999705, 3350752

SER. NO. 88-422,381, FILED 05-09-2019

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# UGLY HOUSE?

**Reg. No. 5,172,916**

**Registered Mar. 28, 2017**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
6500 Greenville Avenue, Suite 400
Dallas, TX 75206

CLASS 35: Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

CLASS 36: Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-943,426, FILED 03-17-2016
DREW MICHAEL SANDER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# WE BUY UGLY HOUSES.COM

**Reg. No. 5,560,021**

**Registered Sep. 11, 2018**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

HomeVestors of America, Inc. (DELAWARE CORPORATION)
Suite 400
6500 Greenville Avenue
Dallas, TEXAS 75206

CLASS 35: Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate

FIRST USE 10-28-2005; IN COMMERCE 10-28-2005

CLASS 36: Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate

FIRST USE 10-28-2005; IN COMMERCE 10-28-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3099814, 5297521, 2999705

SEC.2(F)

SER. NO. 87-767,091, FILED 01-23-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,999,705**
**Registered Sep. 27, 2005**

# United States Patent and Trademark Office

## SERVICE MARK
### PRINCIPAL REGISTER

## WE BUY UGLY HOUSES

HOMEVESTORS OF AMERICA, INC. (DELAWARE CORPORATION)
11910 GREENVILLE AVENUE
SUITE 300
DALLAS, TX 75243

FOR: REAL ESTATE SERVICES, NAMELY REAL ESTATE ACQUISITION, REAL ESTATE BROKERAGE SERVICES AND REAL ESTATE FINANCING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-1-2000; IN COMMERCE 3-1-2000.

OWNER OF U.S. REG. NOS. 2,689,569, 2,827,136 AND OTHERS.

SEC. 2(F).

SER. NO. 76-556,516, FILED 10-17-2003.

GINNY ISAACSON, EXAMINING ATTORNEY