# Exhibit C

Holland & Knight

One Arts Plaza 1722 Routh Street, Suite 1500 | Dallas, TX 75201 | T 214.969.1700 | F 214.969.1751
Holland & Knight LLP | www.hklaw.com

Justin S. Cohen
214-969-1211
Justin.Cohen@hklaw.com

September 16, 2025

**VIA EMAIL & FEDERAL EXPRESS**

Chris Buys Homes in Kansas City
11232 Jackson Avenue
Kansas City, Missouri 64137-2425

KI Properties Solutions, LLC
1990 N. California Blvd FL #8
Walnut Creek, California 94596

ZRE, Inc.
In care of its registered agent
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

Re: Infringement of HomeVestors of America, Inc.'s Intellectual Property

To Whom It May Concern:

We represent HomeVestors of America, Inc., the We Buy Ugly Houses® people ("HomeVestors"). We are writing to address your infringement of HomeVestors' intellectual property in connection with your real estate services.

HomeVestors is the largest homebuyer in the United States. HomeVestors' network of independently owned and operated franchises has purchased over 150,000 homes since its founding in 1996. HomeVestors has built a strong national reputation for its real estate services.

HomeVestors and its franchises spend millions of dollars in advertising each year promoting its recognizable brand associated with HomeVestors' trademarks, which are famous and have created a reputational advantage and significant goodwill for HomeVestors' services. In connection with its business, HomeVestors owns multiple federally registered trademarks, including for WE BUY UGLY HOUSES (U.S. Reg. Nos. 2,999,705; 3,099,814; 5,297,521; 5,560,021; and 5,467,581). HomeVestors owns other federally registered trademarks as well,

including SELL US YOUR UGLY HOUSE (Reg. No. 5,919,522), WE BUY HOUSES, UGLY OR NOT (Reg. No. 5,919,518), I BUY UGLY HOUSES (Reg. No. 6,259,085), UGLY HOUSE? (Reg. No. 5,172,916) among numerous others (the "HomeVestors Marks").

It has come to our attention that you are trading on the goodwill that HomeVestors has created by using the marks WE BUY UGLY HOUSES, UGLY HOUSE? and UGLY HOUSES BUYERS in connection with marketing your real-estate services, as depicted here:







These advertisements infringe the HomeVestors Marks. Your use of the HomeVestors Marks—in particular, the marks WE BUY UGLY HOUSES, UGLY HOUSE? and UGLY HOUSES BUYERS—to attract customers to your competing business is unlawful. It creates a false impression that your business is associated with, sponsored by, or affiliated with HomeVestors. It also creates confusion among consumers that adversely affects the goodwill and reputation of HomeVestors and constitutes trademark infringement, trademark dilution, and unfair competition under federal law.

Based on our review, these ads are being placed by ZRE, Inc. on Google, as shown below:




HomeVestors demands that you immediately stop using the HomeVestors Marks or confusingly similar marks in any manner (e.g., UGLY HOUSES BUYERS, WE ARE UGLY HOUSES BUYERS, UGLY HOUSE?, WE BUY UGLY HOUSES, WE BUY UGLY HOMES, UGLY HOUSES, and UGLY HOME), including in your online sponsored ads, websites, domain names, urls, social media, and in any television or radio commercial. This demand includes

ceasing use in all advertising, including billboards, signage, business cards, brochures, radio and television commercials, as well as on any website, search engine ads, social media sites/posts, or internet-based advertising campaign.

To resolve this matter promptly, please execute the agreement below, in which you agree to cease all use of HomeVestors' intellectual property. Please also confirm in writing that all infringing materials, including all Google sponsored ads depicted above, as well as any similar ads, have been removed or otherwise destroyed.

It is our goal to resolve this matter as quickly and amicably as possible. However, if we do not receive **a response from you by September 30, 2025**, we will take the necessary steps to protect and enforce HomeVestors' intellectual property rights, including filing a federal lawsuit to stop your continued infringement and to recover damages and attorneys' fees.

We hope you will accept our terms so that we may avoid litigation and expedite resolution of this matter. We look forward to hearing from you.

Sincerely,

*Justin S. Cohen*

Justin S. Cohen

Enclosure

**Settlement Agreement**

1. Avoidance of Litigation. HomeVestors of America, Inc. ("HomeVestors") hereby agrees not to pursue litigation against the undersigned for past intellectual property and other Lanham Act infringement regarding the undersigned's unauthorized use of HomeVestors' trademarks, copyrights, and/or protectable goodwill ("HomeVestors' IP").

2. "HomeVestors' IP" includes, but is not limited to, all of HomeVestors' federally registered trademarks, trademarks in which HomeVestors has common law rights through use in commerce, HomeVestors' trade dress, HomeVestors' address, and materials in which HomeVestors holds copyrights.

3. Cessation of Use of HomeVestors' IP. The undersigned agrees to stop using HomeVestors' IP and any confusingly similar variations of HomeVestors' IP within thirty (30) days; and never use any of HomeVestors' IP, or any derivation thereof, in the future in connection with real estate-related services in any manner (e.g., advertising, television or radio commercials, signage, billboards, promotional materials, domain name, urls, company name, website, online sponsored ads, social media, keyword ad text, keyword search terms, website meta tags, and meta data and code).

4. Confidentiality. The undersigned agrees to keep the terms and existence of this Settlement Agreement confidential.

5. Choice of Law and Venue. This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Texas, and HomeVestors and the undersigned (collectively, the "Parties") agree that exclusive venue for any action relating to this Agreement shall be in any state district or federal district court in Dallas County, Texas.

6. Modification, Waiver, and Representations. This Agreement may not be modified, amended, or terminated except by written agreement signed by the undersigned and HomeVestors. The Parties acknowledge that they are not executing this Agreement based on any inducements, promises, statements, representations, or warranties other than those embodied in this Agreement. No failure or delay by HomeVestors to enforce this Agreement shall constitute a waiver.

**CHRIS BUYS HOMES IN KANSAS CITY**

________________________
Signature

Yoav Kirshenboim
Printed Name

Manager
Title

09 / 26 / 2025
Date

**KI PROPERTIES SOLUTIONS, LLC**



Signature

Yoav Kirshenboim

Printed Name

Manager

Title

09 / 26 / 2025

Date

**ZRE INC.**



Signature

Yoav Kirshenboim

Printed Name

Manager

Title

09 / 26 / 2025

Date